478 A.2d 77

Commonwealth v. Porter, Appellant.

Submitted May 18, 1984. Anthony Dedola, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Order affirmed.

478 A.2d 77

Commonwealth v. Porterfield, Appellant.

Petition for Allowance of Appeal
Denied Nov. 29, 1984.

Submitted March 26, 1984. Peter E. Horney, for appellant; William M. Panella, District Attorney, for Commonwealth, appellee.

Before SPAETH, P.J., and BROSKY and MONTGOMERY, JJ.

Order affirmed.